UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN WILLIAMS MILLER, )<br>Plaintiff, )<br>vs. )<br> )<br>CHAD MEACHUM, et al., )<br>Defendants. ) | No. 3:22-CV-1538-B-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against Robin S. Rosenbaum will be **DISMISSED** without prejudice for improper venue, and any claims against Chad Meachum in either an individual or official capacity, the United States, and/or the Department of Justice, will be **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted.

SIGNED this 9th day of August, 2022.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE